UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor, | NO: CV-12-485-RMP<br><br>Bankr. Case No. 09-06194-PCW11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARK BIGELOW,<br><br>　　　　　　　　　Defendants. | Adv. Proc. No. 11-80299<br><br>DEFAULT JUDGMENT |

THIS MATTER came on consideration upon the Motion of Plaintiff for Entry of Default and Judgment against Defendant Jeff Smith, and it appearing from the file and records of this Court in this cause that the default judgment (Bkcy. Dkt. No. 57) entered by the Bankruptcy Court should be deemed

DEFAULT JUDGMENT ~ 1

proposed findings of fact and conclusions of law, and that entering final default judgment in conformity with the default judgment entered by the Bankruptcy Court is appropriate,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against the Defendant Jeff Smith as follows:

1. Monetary Judgment in the amount of $53,433.66 USD, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of $51,766.67 USD to Defendant Jeff Smith within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551 and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

3. Transfers in the amount of $1,666.99 USD made to Defendant Jeff Smith more than four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550 and 551 and RCW 19.40.041(1) and 19.40.071;

/ / /

/ / /

DEFAULT JUDGMENT ~ 2

4. All said transfers to Defendant Jeff Smith are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Jeff Smith for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550 and 551;

5. All proofs of claim of the Defendant Jeff Smith which have been filed or brought or which may hereafter be filed or brought by, on behalf of, or for the benefit of any of the Defendant Jeff Smith or his affiliated entities, against the Debtor's estate, in this bankruptcy or related bankruptcy proceedings, are hereby disallowed and subordinated to the monetary judgment granted herein and Defendant Jeff Smith shall not be entitled to collect on his proofs of claim (Claim Nos. 47-1, 48-1, 585-1, 586-1, 791-1, and 792-1) until the monetary judgment is satisfied by Defendant Jeff Smith in full, pursuant to 11 U.S.C. §§ 502(d), 510(c)(1) and 105(a);

6. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

7. Plaintiff is hereby awarded costs (i.e. filing fees) in the amount of $250.00 USD, for a total judgment of $53,863.66 USD, which shall bear

/ / /

/ / /

DEFAULT JUDGMENT ~ 3

1 | interest equal to the weekly average of one-year constant maturity (nominal)
2 | treasury yield as published by the Federal Reserve System.

3 |     The District Court Clerk is directed to enter this Order, enter judgment as
4 | outlined above, and provide copies to counsel and to Judge Patricia Williams.

5 |     DATED this 31st day of October 2012.

                     *s/ Rosanna Malouf Peterson*
                     ROSANNA MALOUF PETERSON
                     Chief United States District Court Judge