# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In re: LLS AMERICA, LLC, - Debtor,

BRUCE P. KRIEGMAN, court-appointed Chapter 11
Trustee for LLS America, LLC,       Petitioner,

v.

MARK BEGELOW, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-485-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment against the Defendant, JEFF SMITH, is entered in the amount of $53,433.66 USD (United States Dollars) pursuant to 11 USC § 550 and RCW 19.40.071.

Transfers in the amount of $51,766.67 USD to Defendant Jeff Smith within four years prior to the Petition Filing Dare are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 USC §§ 544, 550, 551 and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071.

Transfers in the amount of $1,666.99 USD made to Defendant Jeff Smith more than four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 USC §§ 544, 550 and 551 and RCW 19.40.041(1) and RCW 19.40.071.

All said transfers to Defendant Jeff Smith are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Jeff Smith for the benefit of the estate of LLS America, pursuant to 11 USC §§ 544, 550 and 551.

Plaintiff is awarded costs (i.e. Filing fees) in the amount of $250.00 USD, for a total judgment of $53,863.66 USD which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

| | |
|---|---|
| 10/31/12 | JAMES R. LARSEN |
| Date | Clerk |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |