UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>LLS AMERICA, LLC,<br><br>Debtor. | NO: CV-11-357-RMP<br>      CV-12-485-RMP<br><br>Bankruptcy No: 09-06194-PCW11<br><br>Adversary No: 11-80299-PCW11<br><br>ORDER CONSOLIDATING CASES |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MARK BIGELOW, et al.,<br><br>Defendants. | |

It has come to the attention of the Court that CV-11-357-RMP And CV-12-485-RMP are both actions that arose as a result of motions to withdraw of reference to 11-80299-PCW.  Accordingly, both CV-11-357-RMP and CV-12-485-RMP refer to the same cause of action that arises out of the same adversary

ORDER CONSOLIDATING CASES ~ 1

1  complaint.  The Court concludes that efficiency and clarity are best served by

2  having only one case number to refer to a single adversary action.  Accordingly,

3  the Court will consolidate CV-11-357-RMP and CV-12-485-RMP.

4        Accordingly, **IT IS HEREBY ORDERED:**

5      1. Case No. CV-11-357-RMP shall be **CONSOLIDATED** WITH Case No.

6         CV-12-485-RMP.

7      2. Pursuant to the practice in this District to consolidate cases under the

8         first-filed case, **ALL FUTURE FILINGS SHALL BE FILED UNDER**

9         **CASE NUMBER CV-11-357-RMP**.

10       **IT IS SO ORDERED**.

11       The District Court Executive is hereby directed to enter this Order, to

12  provide copies to counsel, and to **close the file** for CV-12-485 in this District.

13       **DATED** this 1st day of November 2012.

                                *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
                                Chief United States District Court Judge

ORDER CONSOLIDATING CASES ~ 2